FILED
John E. Triplett, Acting Clerk
United States District Court

By casbell at 8:31 am, Oct 21, 2020

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | 2:20-CR-44 |
| v. ) | |
| ) | |
| REGINALD TERRY ) | |

## ORDER OF DISMISSAL

After careful consideration, the Government's motion requesting an order dismissing without prejudice the indictment against Reginald Terry is **GRANTED**. Accordingly, the indictment is hereby **DISMISSED WITHOUT PREJUDICE**.

So ordered, this **20** day of October 2020.

_____
HONORABLE LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA